

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

February 9, 2022

Hon. Paul E. Davison
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, NY  10601

    Re:  United States v. Rivera
           22  Cr. 77

Dear Judge Davison:

The defendant in the above matter has been arrested. Accordingly, the United States respectfully moves to unseal the indictment in this matter.

                Respectfully submitted,

                DAMIAN WILLILAMS
                United States Attorney

                /s
By:   _____
                James McMahon
                Assistant United States Attorney
                (914) 993-1936

SO ORDERED:

*[signature]*

HON. PAUL E. DAVISON
United States Magistrate Judge

2/9/22