# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 17, 2022

**APPLICATION GRANTED**
**SO ORDERED:**

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 2/17/2022
White Plains, NY

Bond modified as set forth herein.

**VIA ECF**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:   *United States v. Susana Rivera*, 22-cr-00077 (VB)

Dear Honorable Judge Krause:

I write to respectfully request the Court modify the requirements of Ms. Rivera's appearance bond.

Ms. Rivera was arraigned on February 9, 2022, before the Honorable Paul E. Davison. The parties agreed to a bail package which included an unsecured bond in the amount of $250,000 co-signed by two financially responsible persons. The Court ordered Ms. Rivera released on her own signature to meet the terms of the bond.

Ms. Rivera has secured the signature of one financially responsible person who has been approved by the United States Attorney's Office but has had difficulty finding a second person to sign the bond. I have spoken to the Assigned Assistant United States Attorney, James McMahon, and the parties are amenable to modifying the terms of the bond to require one financially responsible person and one signer of moral suasion if these terms are amenable to the Court.

<u>Ms. Rivera respectfully requests that the Court modify the terms of her bond to require it be co-signed by one financially responsible person and one signer of moral suasion.</u>

Thank you for your time and consideration of this matter.

Respectfully submitted,

*[signature]*

Elizabeth K. Quinn
Assistant Federal Defender

cc:   James McMahon, AUSA