UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

SUSANA RIVERA,

    Defendant.
------------------------------------------------------------X

7:22-cr-00077-VB-1

**ORDER**

2/25/22

Vincent L. Briccetti, United States District Judge:

    It is hereby ORDERED that the defendant's bail be modified to include the following condition of release:

    - Mental health evaluation and treatment as directed by Pretrial Services

Dated: White Plains, New York
       February 25, 2022

_____
Vincent L. Briccetti
United States District Judge