UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

SUSANA RIVERA,
            Defendant.
--------------------------------------------------------------x

**ORDER**

22 CR 77 (VB)

    For the reasons stated on the record at today's bail review hearing, the Court revoked defendant's release on bail and ordered her remanded into custody, effective immediately.

Dated: October 13, 2022
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge