# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 8, 2022

**APPLICATION GRANTED
SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 11/9/22
White Plains, NY

Sentencing adjourned to 2/16/2023 at 10:00 a.m. Defendant's submission due 2/2/2023. Government's submission due 2/9/2023.

**VIA ECF & EMAIL**

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:   *United States v. Susana Rivera*, 22-cr-00077 (VB)

Dear Honorable Judge Briccetti:

I write to respectfully request the Court adjourn Ms. Rivera's sentencing ~~currently~~ scheduled for Thursday, December 15, 2022, at 2:30 p.m. to a date in mid-February 2023 so that an expert can prepare a mental health evaluation of her for sentencing. In addition, I am respectfully requesting Your Honor sign the attached order to produce so that the expert can conduct the evaluation at the federal courthouse at 500 Pearl Street in Manhattan.

At the bail revocation hearing on October 13, 2022, I had noted that I believed Ms. Rivera was encountering issues on supervision because of untreated or undiagnosed mental health issues. In preparation for sentencing, the defense has retained an expert to conduct a mental health evaluation of Ms. Rivera. It is hoped that such an evaluation can provide additional insights into her mental health issues, which may impact sentencing and any future supervision.

We have found an expert who is able to provide the evaluation without immeasurably delaying the sentencing, however, she will require time to meet with Ms. Rivera and conduct the evaluation. Further, she is based in Brooklyn, New York. She is unable to travel to Valhalla, New York and conduct an evaluation of Ms. Rivera in one session and return to meet her childcare obligations. I therefore am requesting Your Honor sign the attached order to produce to have Ms. Rivera produced to the federal courthouse at 500 Pearl Street on either December 2, 2022, or December 9, 2022, to meet with the expert to be evaluated.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/22

      I have conferred with Assistant United States Attorney James McMahon who does not object to either request. Thank you for your time and consideration of this matter.

                              Respectfully submitted,

                              Elizabeth K. Quinn
                              Assistant Federal Defender
                              Counsel for Susana Rivera

cc:    James McMahon, AUSA

Attachment